IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TYRELL KNIGHT, | ) | 4:04CV3358 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | ***ORDER*** |
| DR. KAMAL, et al., | ) ) | |
| Defendants. | ) | |

IT IS HEREBY ORDERED that Filing 55, the withdrawal of the appearance by Defendant's attorney Eileen L. McBride is approved and the entry of appearance by Timothy P. Sullivan on behalf of Defendants is recognized and approved.

Dated this 15th day of June 2005.

BY THE COURT:

s/F.A. Gossett
United States Magistrate Judge

58-204-2