IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TYRELL KNIGHT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DR. UNKNOWN KAMAL, WAYNE )<br>UNKNOWN, JANE DOE, JOHN DOE, )<br>CHRISTINE MILDORFER, UNKNOWN )<br>DILTZ, WAYNE CHANDLER, and )<br>MOHAMMAD KAMAL, )<br>)<br>Defendants. )<br>) | 4:04cv3358<br><br>ORDER |

The Clerk's Office has requested that Document Number 56 be stricken from the record for the following reason:

- Incorrect event used.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 56 from the record.

DATED this 16th day of June, 2005.

                                          BY THE COURT:

                                          s/ F.A. Gossett
                                          United States Magistrate Judge