IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TYRELL KNIGHT, | ) | 4:04CV3358 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ***ORDER*** |
| DR. KAMAL, et al., | ) ) | |
| Defendants. | ) ) ) ) | |

IT IS HEREBY ORDERED that Filing 102, the withdrawal of the appearance by Defendant's attorney, Timothy P. Sullivan, is approved and the entry of appearance by Maureen Hannon on behalf of Defendant is recognized and approved.

Dated: January 18, 2006.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge

13-326-16