IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TYRELL KNIGHT, ) | |
| ) | 4:04CV3358 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| DR. KAMAL, et al., ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on filing no. 118, the motion for an extension of time, filed by the plaintiff. The plaintiff requests an extension of time in which to respond to the defendants' motion for summary judgment. Upon review of the record, I will grant the motion, and the plaintiff's objection, supporting brief, affidavit, and index of evidence received on March 10, 2006 (filing nos. 120, 121, 122, and 123) will be deemed as timely filed.

SO ORDERED.

DATED this 17th day of March, 2006.

BY THE COURT:

S/F.A. GOSSETT
United States Magistrate Judge