IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TYRELL KNIGHT, | ) | |
| Plaintiff, | ) | 4:04CV3358 |
| v. | ) | |
| CHRISTINE MILDORFER, WAYNE CHANDLER, MOHAMMAD KAMAL, and DOUGLAS K. DILTZ, | ) | ORDER |
| Defendants. | ) | |

This matter is before the court on pro se plaintiff's petition for a writ of mandamus with the Eighth Circuit Court of Appeals. Case No. 06-2071. The Eighth Circuit has asked this court to promptly respond to the petition for mandamus. Filing No. 135. In his writ of mandamus, plaintiff asks the Eighth Circuit to compel this court to immediately enter a ruling on his request for temporary restraining order and preliminary injunction.

The court notes that the plaintiff has filed seven cases in the last two years. Of those seven, four are currently active. All cases deal with plaintiff's conditions of confinement. The District Court of Nebraska is attempting to keep up with a heavy pro se docket of approximately 180 cases. A number of these cases have motions and requests for injunctions that are older than plaintiff's. In the case before this court, plaintiff currently has seven pending motions, none of which were ripe until mid-February, 2006. The court anticipates, absent unforeseen circumstances, that the motions referred to by the plaintiff will be before the court within four to six weeks.

The Clerk of Court is hereby ordered to send a copy of this response to the parties in this case and to the office of Michael E. Gans, Eighth Circuit U.S. Court of Appeals Clerks Office, pursuant to Filing No. 135.

DATED this 21st day of April, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge